84290-01



## FELICIA PITRE
## DALLAS COUNTY DISTRICT CLERK

December 16, 2015

Texas Court of Criminal Appeals
ATTN: Abel Acosta
P.O. Box 12308
Austin, Texas 78711-2308

RE:     **Felix Cisneros,**
      **CCA CAUSE No:**       **WR-84,290-01**
      **Writ No:**              **F11-60536-U**

Dear Mr. Abel Acosta:

In response to the Court's Order dated **December 16, 2015,** in the above entitled and referenced cause, the Dallas County District Clerk's Office, has not received Writ Application for the above case number in our office as of **October 16, 2015.**

Sincerely,

Felicia Pitre
Dallas County District Clerk

Given under my hand and seal;

By: *Regina Taylor*
Deputy District Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

133 N. Riverfront, LB 12 DALLAS, TEXAS 75207  (214) - 712 - 5013
FAX (214) - 653 - 5986
web site: www.dallascounty.org/distclerk/index.html